ACCEPTED
03-15-00285-CV
6759645
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 10:54:19 AM
JEFFREY D. KYLE
CLERK

CARDWELL, HART & BENNETT, L.L.P.

ATTORNEYS AT LAW

807 BRAZOS
SUITE 1001
AUSTIN, TEXAS 78701-2553

TELEPHONE: (512) 322-0011
FAX: (512) 322-0808

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 10:54:19 AM
JEFFREY D. KYLE
Clerk

September 2, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 West 14th Street, Suite 101
Austin, Texas 78701

*via E-Filing*

Re:     No. 03-15-00285-CV, *Volkswagen Group of America, Inc. and Audi of America, Inc. v. John Walker et al.*, in the Third Court of Appeals at Austin, Texas

Dear Mr. Kyle:

Please be advised that I will be on vacation during the following periods: December 9-11, 2015; January 19-29, 2016; and February 10-12, 2016.

Should the Court decide to grant oral argument in the above-referenced appeal, I respectfully request that the argument not be set during those dates.

Sincerely,

/s/ J. Bruce Bennett
J. Bruce Bennett

cc:     Shawn Stephens
Dennis McKinney
Kimberly Fuches